MILLER, Respondent, v. ROCHESTER FERTILIZER WORKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 5, 1906.) Action by William B. Mil-

ler against the Rochester Fertilizer Works. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal.